An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STEVEN LARUE SCOTT,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 68283 |
| STEVEN LARUE SCOTT,<br>          Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>          Respondent. | No. 68693 |

**FILED**

SEP 2 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER ADMINISTRATIVELY CLOSING APPEAL AND TRANSFERRING DOCUMENTS

These are appeals from an order denying a post-conviction petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Appellant filed pro se notices of appeal on June 18, 2015, and August 4, 2015, from a decision denying his post-conviction petition for a writ of habeas corpus. The appeals from this decision were docketed in this court in Docket No. 68283. On August 19, 2015, appellant's counsel, Susan K. Bush, filed a notice of appeal from the same order. This notice of appeal was inadvertently docketed as a separate appeal in Docket No. 68693. Accordingly, we direct the clerk of this court to administratively

15-29362

close the appeal in Docket No. 68283 and transfer to Docket No. 68693 all documents filed in Docket No. 68283.

It is so ORDERED.

_____, C.J.

cc:  Hon. Susan Johnson, District Judge
     Bush Law Group, LLC
     Steven Larue Scott
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk